2009-24882
FILED
September 15, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002082056

Douglas B. Jacobs 084153
JACOBS, ANDERSON, POTTER AND CHAPLIN
20 Independence Circle
Chico, CA 95973
(530) 342-6144
(530) 342-6310 (Fax)

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re:

JOSE LUIS HERNANDEZ,

PATRICIA HERNANDEZ,

Debtors.

Case No: 09-24882-B-13J

ORDER CONFIRMING AMENDED PLAN FILED JULY 17, 2009

The Chapter 13 Plan filed July 17, 2009, for the above-named Debtors has been transmitted to all Creditors, and it has been determined after notice and opportunity for a hearing that the Debtor's plan satisfies the requirements of 11 USC §1325.

THEREFORE, IT IS ORDERED THAT:

1. The Debtors shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Trustee of any change in the Debtor's address;

2. The Debtors shall immediately notify the Trustee in writing of any termination, reduction of, or any other change in the employment of the Debtor; and

RECEIVED
September 11, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002082056

2

3. The Debtors shall appear in court whenever notified to do so by the court.

4. The amounts stated in paragraph 7.02 are estimated amounts.

IT IS FURTHER ORDERED that the attorney's fees for the debtor's attorney in the full amount of $3,500.00 are approved, $1,439.00 of which was paid prior to the filing of the petition. The balance of $2,061.00, provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys, shall be paid by the trustee from plan payments at the rate specified in the Guidelines for Payment of Attorneys' Fees in Chapter 13 Cases.

Approved as to form.

*/s/ Jan P. Johnson*
Jan P. Johnson,
Bankruptcy Trustee

Dated: September 15, 2009

*/s/ Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge

ORDER CONFIRMING PLAN
2